# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. HARRIS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>HECTOR A. RIOS, JR.,<br><br>　　　　　　　Respondent.<br>_____/ | 1:12-cv-00512-LJO-DLB (HC)<br><br>ORDER REGARDING PETITIONER'S MOTION TO ALTER OR AMEND THE JUDGMENT<br><br>[Doc. 27] |

　　　　On September 11, 2012, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was dismissed and judgment was entered.  In that order the Court also declined to issue a certificate of appealability.

　　　　On September 20, 2012, Petitioner filed a motion to alter or amend the judgment arguing that a certificate of appealbility is not necessary in this instance.  Petitioner is correct that a federal prisoner proceeding with a § 2241 petition does not require a certificate of appealability. Therefore, the portion of the September 20, 2012, order declining to issue a certificate of appealability is hereby stricken.

　　　　Based on the foregoing, it is HEREBY ORDERED that:

1.　　　Because a certificate of appealability is not required for a petition brought under 28 U.S.C. § 2241, any reference to a certificate in the Setepmber 11, 2012 order is STRICKEN.

IT IS SO ORDERED.

Dated:　　September 25, 2012　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1